BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. COMPASSION OVER KILLING,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY MEAT CO., INC.,<br><br>Defendant. | Case No. 1:12-cv-01375 LJO-DLB<br><br>ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**FILED UNDER SEAL** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B), the Court rules as follows:

1. All pleadings filed in this action subsequent to today's date be served upon the United States;

2. All Orders issued by the Court subsequent to today's date be served upon the United States;

3. All Notices of Appeal be served upon the United States;

4. The Complaint, this Notice of Election to Decline Intervention, the [Proposed] Order, and all pleadings filed subsequent to this date be unsealed.

5. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendant.

6.     The United States be allowed to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

7.     The United States be given notice and an opportunity to be heard should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, before the Court issues a ruling or granting its approval.

IT IS SO ORDERED.

Dated:   **May 23, 2013**            **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING THE UNITED STATES'         2
NOTICE OF ELECTION TO DECLINE INTERVENTION