# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASSION OVER KILLING, et al., | Case No.  1:12-cv-01375-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT WITHIN FOURTEEN DAYS |
| v. | |
| CENTRAL VALLEY MEAT CO. INC., | |
| Defendant. | |

Plaintiff Compassion Over Killing filed this qui tam action under seal pursuant to the False Claims Act, 31 U.S.C. §§ 3729 et seq., on August 22, 2012.  (ECF No. 1.)  On May 23, 2013, the United States filed a notice declining to intervene in the action.  (ECF No. 18.)  On May 24, 2013, the District Court filed an order unsealing the action.  (ECF No. 19.)  The docket does not reflect any activity in this action since it was unsealed.

Accordingly, Plaintiffs are HEREBY ORDERED to file a status report within fourteen days from the date of service of this order informing the Court if they intend to pursue this action.  Failure to comply with this order may result in sanctions including dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 7, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1