# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASSION OVER KILLING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL VALLEY MEAT CO. INC.,<br><br>    Defendant. | Case No. 1:12-cv-01375-LJO-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE COMPLAINT AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SCHEDULING ORDER<br><br>(ECF No. 21) |

Plaintiff Compassion Over Killing filed the complaint in this action on August 22, 2012. (ECF No. 1.) On May 23, 2013, the United States filed a notice of election to decline intervention. (ECF No. 17.) An order issued on January 7, 2014, ordering Plaintiff's to notify the Court of the status of this action based upon the United States declining to intervene. (ECF No. 20.) On January 21, 2014, Plaintiffs filed a status report requesting sixty days in which to obtain counsel and serve the complaint. (ECF No. 21.)

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to serve the complaint is GRANTED;
2. The Clerk of the Court is DIRECTED to issue the summons and new case documents in this action;

///

///

1

3. Plaintiff shall serve the complaint on or before March 24, 2014; and

4. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **January 22, 2014**

UNITED STATES MAGISTRATE JUDGE

2