UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. COMPASSION OVER KILLING,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL VALLEY MEAT CO., INC.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 12-1375 LJO SAB<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 25.) |

　　　Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

　　　1.　　DISMISSES this entire action and all claims;

　　　2.　　VACATES all pending matters and dates, including the April 29, 2014 scheduling conference; and

　　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　Dated: __**March 25, 2014**__　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28